IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MAESE, | CIV F 02-5931 AWI WMW HC |
| Petitioner, | |
| vs. | ORDER DISREGARDING MOTION (Document #36) |
| A. A. LAMARQUE, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 12, 2005, petitioner filed a motion for appointment of counsel. Due to the fact that petitioner's petition was denied by this court on August 4, 2004, and petitioner filed appeals at the Court of Appeals for the Ninth Circuit on March 7, 2005, and April 12, 2005, the motion is more properly brought before the Court of Appeals. Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DISREGARDED by this court. IT IS SO ORDERED.

**Dated:   April 19, 2005**            **/s/ William M. Wunderlich**
bl0dc4                                                       UNITED STATES MAGISTRATE JUDGE