1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 8 | **ALEX MAESE,** ) | **CV F 02-5931 AWI WMW HC** |
| | ) | |
| 9 | **Petitioner,** ) | **ORDER DENYING MOTION** |
| | ) | **FOR CERTIFICATE OF** |
| 10 | **v.** ) | **APPEALABILITY** |
| | ) | |
| 11 | **A. A. LAMARQUE, WARDEN,** ) | (Document #34) |
| | ) | |
| 12 | **Respondent.** ) | |
| | ) | |
| 13 | _____ ) | |

14

15      Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254.   On August 4, 2004, the court adopted the

17   Magistrate Judge's Findings and Recommendations and denied the habeas corpus petition.   On

18   August 5, 2004, the Clerk of the Court entered judgment.  On December 29, 2004, Petitioner

19   filed a motion to reinstate his petition.   On February 15, 2005, the court denied Petitioner's

20   motion to reinstate.   On March 7, 2005, Petitioner filed a motion for forms and a notice of

21   appeal.   On March 22, 2005, the court resolved Petitioner's motion for forms and declined to

22   issue a certificate of appealability.

23      On April 12, 2005, Petitioner field a motion for a certificate of appealability.   Petitioner

24   requests the court consider issuing a certificate of appealability in light of <u>Duran v. Castro</u>, 227 F.

25   Supp. 2d 1121  (E.D. Cal. 2002).

26      The controlling statute for certificates of appealability is 28 U.S.C. § 2253, which

27   provides as follows:

28      (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district

1  judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.

2  (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person

3  charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.

4  (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from–

5  (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or

6  (B) the final order in a proceeding under section 2255.
(2) A certificate of appealability may issue under paragraph (1) only if the applicant has

7  made a substantial showing of the denial of a constitutional right.
(3) The certificate of appealability under paragraph (1) shall indicate which specific issue

8  or issues satisfy the showing required by paragraph (2).

9  If the court denies habeas corpus petition, the court may only issue a certificate of appealability

10  "if jurists of reason could disagree with the district court's resolution of his constitutional claims

11  or that jurists could conclude the issues presented are adequate to deserve encouragement to

12  proceed further." Miller-El, 537 U.S. at 327;  Slack v. McDaniel, 529 U.S. 473, 484 (2000). that

13  In the present case, the court finds that reasonable jurists would not disagree with the

14  court's determination that Petitioner has failed to show that the state court's adjudication of

15  Petitioner's claims was contrary to clearly established federal law or unreasonable.  Petitioner's

16  cite to Duran does not require a certificate of appealability to be issued.  The holding in Duran is

17  not binding authority.  The Supreme Court's more recent decisions in Ewing v. California, 538

18  U.S. 11 (2003) and Lockyer v. Andrade, 538 U.S. 63 (2003), which found that California's three

19  strikes law does not raise constitutional concerns, is binding on this court.

20  Accordingly, the court hereby ORDERS that Petitioner's motion for a certificate of

21  appealability is DENIED.

22  IT IS SO ORDERED.

23  **Dated:    April 20, 2005**              _____/s/ Anthony W. Ishii_____
    0m8i78                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28                                         2